GREGORY v. CITY OF KINGS MOUNTAIN

No. 52P99

Case below: 131 N.C.App. 878

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

HANCOCK v. TENERY

No. 512P98

Case below: 131 N.C.App. 149

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 March 1999.

HIATT v. CITY OF WINSTON-SALEM

No. 17P99

Case below: 131 N.C.App. 700

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

HOOTS v. LOKEY

No. 451P98

Case below: 131 N.C.App. 153

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.

IN RE ESTATE OF ROBINSON

No. 526P98

Case below: 131 N.C.App. 335

Petition by caveator (William Franklin Robinson) for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.